Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**
**VA 2-454-166**
**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Tomatoes

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 14, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041618

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-366

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title
| | |
|---|---|
| **Title of Work:** | Ancient Grains (Non-Wheat) |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | May 26, 2021 |
| **Nation of 1st Publication:** | United States |

## Author
| | |
|---|---|
| **• Author:** | Yee San Loh |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Malaysia |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Yee San Loh |
| | 2631 General Taylor Street, New Orleans, LA, 70115, United States |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Yee San Loh |
| **Email:** | yeesanloh@icloud.com |
| **Address:** | 2631 General Taylor Street |
| | New Orleans, LA 70115 United States |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 16, 2025 |
| **Applicant's Tracking Number:** | YL2025041601 |

Page 1 of 2

# Ancient Grains

CEREAL : NON-WHEAT



### millet
A productive crop with a short growing season, millet has been consumed for about 7,000 years. There are many types of millets but the most widely grown is pearl millet.



### barley
One of the earliest cultivated crops (about 10,000 years ago in Eurasia). Its name comes from old English: *bere* & *baerlic*.



### sorghum
A flowering grass that has over 25 different species. Originally domesticated in Africa, sorghum has the most wheat-like flavour for gluten-free flour.



### teff
Also called Williams Lovegrass, teff is native to the Horn of Africa. Its name is derived from the Amharic *teffa*, which means "lost". It is the world's smallest grain.



### oats
The common oat is a versatile crop that is grown for grain, flour, oatmeal, oat milk & stout. It is high in fibre & has cholestrol-lowering properties.



### fonio
Fonio is a type of small millet native to West Africa. They look almost like sunflower seeds but smaller. There is black fonio & white fonio. The white variety is also called "hungry rice".

PSEUDOCEREAL





### buckwheat
Although called common buckwheat or beech wheat, it is not related to wheat but sorrel & rhubarb. The seeds are triangular & are used like wheat. First cultivated in Southeast Asia in 6,000 BC.



### quinoa
Quinoa is from the same family as amaranth & spinach, that originated from the Andean region. It has been eaten for 3,000-4,000 years. Its name is from the Quechua words, *kinwa* or *kinuwa*.



### amaranth
Also called love lies bleeding, tassel flower, pendant or foxtail amaranth, & quilete. It is a common food source in India & the Andean region. A high-yield protein source that is easy to harvest & process.



### chia
From the mint family, chia is native to Mexico & Guatemala. Chia is *chian* in *Nahuatl* that means "oily". Its seeds are mottled brown, grey, black & white. Dense & crunchy, they taste like poppy seeds.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-174**

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Ancient Grains (Wheat)

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 26, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041602

Page 1 of 2

# Ancient Grains

CEREAL : WHEAT


### einkorn
A wild species of wheat with larger grains than modern wheat. One of the first plants domesticated (about 10,000 years ago).


### spelt
Also called *dinkel* wheat or hulled wheat, spelt has been cultivated since 5,000 BC. It was an important staple food in parts of Europe from the Bronze to Medieval Ages.


### emmer
One of the first crops domesticated, native to the Fertile Crescent. The oldest emmer grains date back to 17,000 BC.


### kamut
Also called Khorosan wheat or Oriental wheat. The grains are twice the size of modern wheat, & has a rich, nutty flavour.


### bulgar
Its name comes from Turkish *bulgur* or *burghul*. Bulgur is made from cracked, parboiled groats of several species of wheat (mostly durum wheat).


### farro
Popular in Mediterranean cuisine, farro refers to multiple types of wheat brought to Rome around 44 BC. It looks and tastes like barley with a slight caramel note.


### freekeh
Also called *frikeh* or *farik*, freekeh is made from durum wheat that is harvested while the grains are green & soft. They taste similar to brown rice.


### rye
Rye is a member of the wheat family, although it is also closely related to barley. It grew wild in Central & Eastern Turkey, and has been cultivated since the Middle Ages.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-359**

**Effective Date of Registration:**
April 16, 2025

**Registration Decision Date:**
July 28, 2025

## Title

    **Title of Work:** Pasta

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** September 15, 2021
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Yee San Loh
    **Author Created:** 2-D artwork
    **Citizen of:** Malaysia

## Copyright Claimant

    **Copyright Claimant:** Yee San Loh
    2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

    **Name:** Yee San Loh
    **Email:** yeesanloh@icloud.com
    **Address:** 2631 General Taylor Street
    New Orleans, LA 70115 United States

## Certification

    **Name:** David Denholm
    **Date:** April 16, 2025
    **Applicant's Tracking Number:** YL2025041614

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-621**

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Robots

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 07, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041616

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-365

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

## Title

    **Title of Work:** Beets

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** June 20, 2021
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Yee San Loh
    **Author Created:** 2-D artwork
    **Citizen of:** Malaysia

## Copyright Claimant

    **Copyright Claimant:** Yee San Loh
    2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

    **Name:** Yee San Loh
    **Email:** yeesanloh@icloud.com
    **Address:** 2631 General Taylor Street
    New Orleans, LA 70115 United States

## Certification

    **Name:** David Denholm
    **Date:** April 16, 2025
    **Applicant's Tracking Number:** YL2025041603

Page 1 of 2

