**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Yee San Loh

                                                    Plaintiff,

v.                                                                    Case No.: 1:26–cv–01250

                                                                    Honorable Sharon Johnson
                                                                    Coleman

The Partnerships and Unincorporated
Associations Identified on Schedule A

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 6, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: This case has been assigned to the calendar of Judge Sharon Johnson Coleman. Plaintiff has filed a complaint alleging infringement by 175 defendants. This case follows a pattern common to &qu;ot;Schedule A" cases where plaintiffs allege that defendants employ similar methods and "work in active concert" to infringe plaintiffs' intellectual property. But experience has shown that not all defendants named in a Schedule A case work together. More importantly, experience has shown that joinder under Fed. R. Civ. P. 19 and 20 is rarely appropriate in Schedule A cases. Accordingly, the Court raises the propriety of joinder and requires the plaintiff to file a supplemental memorandum addressing the propriety of joinder at least 7 days before the filing of the motion for temporary restraining order. Alternatively, by the same date, Plaintiff may file an amended complaint and amended Schedule A reducing the number of defendants. However, if Plaintiff names multiple defendants, Plaintiff must show that joinder of those defendants is proper. The Court directs Plaintiff to this Court's standing order in Schedule A cases regarding joinder on the Court's website. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.