**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

YEE SAN LOH,

     Plaintiff,                              Case No.: 1:26-cv-01250

v.                                       Judge Sharon Johnson Coleman

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Laura K. McNally
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | Linbenben |

1